**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jimmie Lee WILLIAMS, Defendant–
Appellant.**

No. 06–15257
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 6, 2007.

Charles Michael Greene, Greene & Lee, P.L., Orlando, FL, for Plaintiff–Appellee.

Patricia D. Barksdale, Jacksonville, FL, for Defendant–Appellant.

Before ANDERSON, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Charles M. Greene, counsel for Jimmie Lee Williams, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Williams's convictions and sentences are **AFFIRMED.**